UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Dana Ahern, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10542-DRH |
| *Amanie-Emma Awny v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11826-DRH |
| *Kaylyn Bahnson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10497-DRH |
| *Caitlyn Brinson, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10018-DRH |
| *Alexa Cornell v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13004-DRH |
| *Jenny Goff, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11505-DRH |
| *Karen Hillion, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11768-DRH |
| *Pamela Kellen, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10771-DRH |
| *Angel Luepnitz v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-20116-DRH |
| *Patricia Maples v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10587-DRH |
| *Meghan Pienta v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11141-DRH |
| *Debbie Rosser v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-20099-DRH |
| *Emily Rowland, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-20035-DRH |

| | |
|---|---|
| *Cheryl Walker, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10798-DRH |
| *Elaine Woodgate v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10392-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 8, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Caitlin Fischer*
Deputy Clerk

**Dated:** July 9, 2014

Digitally signed by
David R. Herndon
Date: 2014.07.09
12:26:05 -05'00'

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**

2